UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 2 6 2004
U.S. COURT OF
FEDERAL CLAIMS

Rhode Island Substance Abuse Prevention Task Force Association, William J. Flanagan, Maria K. Flanagan, Christopher W. Flanagan, And Caitlin L. Flanagan,

Plaintiffs,

v.

United States of America and Jayme Marshall, in her Individual capacity,

Defendants.

04-1081C

CA No. 03-082S

**ORDER**

This Court has reviewed the Report and Recommendation issued in this matter by Magistrate Judge Lovegreen, dated February 20, 2004, and Plaintiffs' Objection to said Report. It is hereby ordered as follows:

1. The Report and Recommendation of Magistrate Judge Lovegreen is hereby adopted.
2. Plaintiffs' Federal Torts Claims Act claims are dismissed.

Attest to True Copy
DAVID A. DiMARZIO
By ____ Deputy Clerk

25

3. Plaintiffs' contract claims are hereby transferred to the Court of Claims.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 4/20/04