RWL CLOSED

U.S. District Court
District of Rhode Island (Providence)

CIVIL DOCKET FOR CASE #: 03-CV-82

04-1081C

RI Substance Abuse, et al v. United States, et al
Assigned to: Judge William E. Smith
Demand: $0,000
Lead Docket: None
Dkt# in other court: None

Filed: 03/07/03
Jury demand: Plaintiff
Nature of Suit: 360
Jurisdiction: US Defendant

FILED
JUN [illegible] 2004
U.S. COURT OF FEDERAL CLAIMS

Cause: 28:1346 Tort Claim

| | |
|---|---|
| RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION<br>plaintiff | Scott P. Tierney, Esq.<br>[COR LD NTC]<br>Law Offices of Scott P. Tierney, Ltd.<br>260 West Exchange Center<br>Suite 208<br>Providence, RI 02903<br>453-4999<br>FTS 453-4998<br><br>Gregory A. Carrara, Esq.<br>[COR LD NTC ret]<br>Carrara Dayian, P.C.<br>55 Cedar Street<br>Suite 102<br>Providence, RI 02903<br>621-8000<br>FTS 621-8001 |
| WILLIAM J. FLANAGAN<br>plaintiff | Gregory A. Carrara, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MARIA K. FLANAGAN<br>plaintiff | Gregory A. Carrara, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CHRISTOPHER W. FLANAGAN<br>plaintiff | Gregory A. Carrara, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CAITLIN L. FLANAGAN<br>plaintiff | Gregory A. Carrara, Esq.<br>(See above)<br>[COR LD NTC ret] |

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

Proceedings include all events. RWL
1:03cv82 RI Substance Abuse, et al v. United States, et al CLOSED

v.

UNITED STATES
defendant

Anthony C. DiGioia, Esq.
[COR LD NTC]
US Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
528-5477
FTS 528-5474

JAYME MARSHALL, in her
individual capacity
defendant
[term 09/10/03]

Proceedings include all events.
1:03cv82 RI Substance Abuse, et al v. United States, et al RWL CLOSED

| | | |
|---|---|---|
| 3/7/03 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 53566 (fpm) [Entry date 03/10/03] |
| 3/7/03 | -- | CASE assigned to Judge William E. Smith . Assigned to Magistrate Judge Lovegreen (fpm) [Entry date 03/10/03] |
| 4/28/03 | 2 | RETURN OF SERVICE executed as to United States 4/23/03 Answer due on 5/13/03 for United States (bsj) [Entry date 04/28/03] |
| 5/14/03 | 3 | ACKNOWLEDGEMENT OF SERVICE as to Jayme Marshall 4/28/03 Answer due on 5/19/03 for Jayme Marshall (bsj) [Entry date 05/15/03] |
| 6/23/03 | 4 | MOTION by United States to Enlarge Time to July 23, 2003 to file an answer (bsj) [Entry date 06/23/03] |
| | Reference: | 5 |
| 7/8/03 | -- | Motion(s) referred: [4-1] motion to Enlarge Time to July 23, 2003 to file an answer referred to Magistrate Judge Robert W. Lovegreen (asm) [Entry date 07/08/03] |
| 7/22/03 | 5 | ORDER granting [4-1] motion to Enlarge Time to July 23, 2003 to file an answer ( signed by Magistrate Judge Robert W. Lovegreen ) faxed to counsel (jt) [Entry date 07/22/03] |
| 7/23/03 | 6 | MOTION by United States to Enlarge Time to August 22, 2003 to answer Complaint. (bsj) [Entry date 07/24/03] |
| | Reference: | 7 |
| 8/6/03 | -- | Motion(s) referred: [6-1] motion to Enlarge Time to August 22, 2003 to answer Complaint. referred to Magistrate Judge Robert W. Lovegreen (asm) [Entry date 08/06/03] |
| 8/8/03 | 7 | ORDER granting [6-1] motion to Enlarge Time to August 22, 2003 to answer Complaint. ( signed by Magistrate Judge Robert W. Lovegreen ) faxed to counsel (jt) [Entry date 08/08/03] |
| 8/11/03 | -- | Deadline updated; reset Answer deadline to 8/22/03 for Jayme Marshall, for United States (asm) [Entry date 08/11/03] |
| 8/22/03 | 9 | MOTION and memorandum by United States, Jayme Marshall to Dismiss (db) [Entry date 08/25/03] [Edit date 08/25/03] |
| | Reference: | 25 |
| 8/22/03 | 10 | CERTIFICATION (db) [Entry date 08/25/03] |
| 8/25/03 | 8 | MOTION and memorandum by United States for Substitution (db) [Entry date 08/25/03] |
| | Reference: | 11 |

Proceedings include all events.
1:03cv82 RI Substance Abuse, et al v. United States, et al RWL CLOSED

| | | |
|---|---|---|
| 9/10/03 | 11 | ORDER granting [8-1] motion for Substitution ( signed by Judge William E. Smith ) (faxed to counsel of record) (asm) [Entry date 09/10/03] |
| 10/28/03 | 12 | ENTRY of appearance for RI Substance Abuse by Scott P. Tierney, Esquire (db) [Entry date 10/29/03] |
| 10/28/03 | 13 | assented to MOTION and memorandum by RI Substance Abuse to Enlarge Time through November 15, 2003 to file an opposition to Deft's Motion to Dismiss and to file motion to vacate the ruling and/or opposition to Deft's Motion to Substitute. (db) [Entry date 10/29/03] [Edit date 10/29/03] |
| | Reference: | 14 |
| 10/29/03 | 14 | ORDER granting [13-1] motion to Enlarge Time through November 15, 2003 to file an opposition to Deft's Motion to Dismiss and to file motion to vacate the ruling and/or opposition to Deft's Motion to Substitute. ( signed by Judge William E. Smith ) (faxed to counsel of record) (asm) [Entry date 10/29/03] |
| 10/29/03 | -- | Deadline updated; Objection to Motion reset to 11/17/03 for [9-1] motion to Dismiss (asm) [Entry date 10/29/03] |
| 11/21/03 | 15 | MOTION and memorandum by RI Substance Abuse to Enlarge Time through Wednesday, November 26, 2003 to file an opposition to defendant's Motion to Dismiss and to file motion to vacate the ruling and/or opposition to Defendant's Motion to Substitute. (db) [Entry date 11/24/03] [Edit date 11/24/03] |
| | Reference: | 16 |
| 11/26/03 | 16 | ORDER granting [15-1] motion to Enlarge Time through Wednesday, November 26, 2003 to file an opposition to defendant's Motion to Dismiss and to file motion to vacate the ruling and/or opposition to Defendant's Motion to Substitute. ( signed by Judge William E. Smith ) (faxed to counsel of record) (asm) [Entry date 11/26/03] |
| 11/26/03 | -- | Deadline updated; Objection to Motion reset to 11/26/03 for [9-1] motion to Dismiss (asm) [Entry date 11/26/03] |
| 11/28/03 | -- | Motion(s) referred: [9-1] motion to Dismiss referred to Judge William E. Smith (asm) [Entry date 11/28/03] |
| 11/28/03 | 17 | OBJECTION and MEMORANDUM by RI Substance Abuse, William J. Flanagan, Maria K. Flanagan, Christopher W. Flanagan, Caitlin L. Flanagan to [9-1] motion to Dismiss (asm) [Entry date 11/28/03] |
| 12/2/03 | -- | Motion(s) no longer referred to Judge Smith: [9-1] motion to Dismiss (asm) [Entry date 12/02/03] |

| | | |
|---|---|---|
| 12/2/03 | -- | Motion(s) referred: [9-1] motion to Dismiss referred to Magistrate Judge Robert W. Lovegreen (asm) [Entry date 12/02/03] |
| 12/4/03 | 18 | RESPONSE by United States in opposition to [17-1] motion response (db) [Entry date 12/05/03] |
| 12/9/03 | -- | Motion hearing re: [9-1] motion to Dismiss at 10:00 2/4/04 before MJ Lovegreen (jt) [Entry date 12/09/03] |
| 2/4/04 | -- | Motion hearing re: [9-1] motion to Dismiss Motion hearing canceled per Attys; Court will write on the papers (jt) [Entry date 02/04/04] |
| 2/20/04 | 19 | REPORT AND RECOMMENDATIONS of Magistrate Judge Robert W. Lovegreen Recommending that the motion by the United States to dismiss the complaint be granted with respect to the FTCA claims and that the claim for breach of contract be transferred to the Federal Court of Claims: [9-1] motion to Dismiss ; Motion no longer referred Objections to R and R due by 3/8/04; mailed to counsel (jt) [Entry date 02/20/04] |
| 2/27/04 | 20 | MOTION and memorandumby RI Substance Abuse, William J. Flanagan, Maria K. Flanagan, Christopher W. Flanagan, Caitlin L. Flanagan for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney (db) [Entry date 02/27/04] [Edit date 02/27/04] |
| | Reference: | 23 |
| 2/27/04 | 20 | MOTION and memorandumby RI Substance Abuse, William J. Flanagan, Maria K. Flanagan, Christopher W. Flanagan, Caitlin L. Flanagan to Enlarge Time to file any objections to Magistrate Judge Lovegreen's R&R rendered on 2/20/04 and granting Plaintiff's thirty (30) days to file any such objections from the date that Plaintiff's undersigned counsel is allowed to withdraw pursuant to Fed.R.Civ.P. 6(b). (db) [Entry date 02/27/04] |
| | Reference: | 23 |
| 3/2/04 | 21 | OBJECTION and memorandum by United States to [20-1] motion to Enlarge Time to file any objections to Magistrate Judge Lovegreen's R&R rendered on 2/20/04 and granting Plaintiff's thirty (30) days to file any such objections from the date that Plaintiff's undersigned counsel is allowed to withdraw pursuant to Fed.R.Civ.P. 6(b)., [20-1] motion for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney (db) [Entry date 03/02/04] |

Proceedings include all events.
1:03cv82 RI Substance Abuse, et al v. United States, et al RWL CLOSED

| | | |
|---|---|---|
| 3/2/04 | -- | Motion(s) referred to Judge: [20-1] motion to Enlarge Time to file any objections to Magistrate Judge Lovegreen's R&R rendered on 2/20/04 and granting Plaintiff's thirty (30) days to file any such objections from the date that Plaintiff's undersigned counsel is allowed to withdraw pursuant to Fed.R.Civ.P. 6(b)., [20-1] motion for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney (db) [Entry date 03/02/04] |
| 3/8/04 | -- | Motion hearing re: [20-1] motion for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney at 10:00 3/10/04 (db) [Entry date 03/08/04] |
| 3/10/04 | 22 | Minute entry: Plaintiff's Motion to Withdraw Counsel/Plaintiff's Motion for Extension of Time held before Judge William E. Smith (db) [Entry date 03/10/04] |
| 3/10/04 | -- | Motion hearing re: [20-1] motion to Enlarge Time to file any objections to Magistrate Judge Lovegreen's R&R rendered on 2/20/04 and granting Plaintiff's thirty (30) days to file any such objections from the date that Plaintiff's undersigned counsel is allowed to withdraw pursuant to Fed.R.Civ.P. 6(b)., [20-1] motion for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney Motion hearing held before Judge William E. Smith. Counsel for Plaintiff - Gregory A. Carrara, Scott P. Tierney, Esquire; Defendant Counsel - Anthony DiGioia, AUSA; Court Reporter - Anne Clayton; All counsel of record present; Arguments heard; Government recommends that the Court grant a 2 week extension of time to the Plaintiff's to file their objection to the R&R and deny the Plaintiff's Motion to Withdraw as Counsel; Court denies the Plaintiff's Motion to Withdraw as Counsel and grants the plaintiff's 30 days to file their objection to the Report and Recommendation dated 2/20/04. (db) [Entry date 03/10/04] [Edit date 03/10/04] |
| 3/10/04 | 23 | ORDER granting [20-1] motion to Enlarge Time to file any objections to Magistrate Judge Lovegreen's R&R rendered on 2/20/04 to 4/10/04 and denying [20-1] motion for Gregory A. Carrara, Esquire and Scott P. Tierney, esquire to Withdraw as Attorney ( signed by Judge William E. Smith ) (faxed to counsel of record) (asm) [Entry date 03/10/04] |
| 4/12/04 | -- | Plaintiff's Objection to R&R forwarded to chambers (asm) [Entry date 04/12/04] |
| 4/12/04 | 24 | OBJECTION and memorandum by RI Substance Abuse to [19-1] report and recommendations (db) [Entry date 04/13/04] [Edit date 04/13/04] |

Proceedings include all events.
1:03cv82 RI Substance Abuse, et al v. United States, et al RWL CLOSED

| | | |
|---|---|---|
| 4/20/04 | 25 | ORDER: The Court hereby accepts the R and R of Magistrate Judge Robert W. Lovegreen dated February 20, 2004 pursuant to 28 USC 686(b)(1) granting [9-1] motion to Dismiss as to the FTCA claims and that the claim for breach of contract is transferred to the Federal Court of Claims , signed by Judge William E. Smith . (faxed to counsel of record) (asm) [Entry date 04/20/04] |
| 4/20/04 | -- | Case closed (asm) [Entry date 04/20/04] |
| 5/24/04 | -- | Sent certified copies of entire Court file to U.S. Court of Claims pursuant to transfer order signed by Judge Smith entered on April 20, 2004 (asm) [Entry date 05/24/04] |