# In the United States Court of Federal Claims

**NOTICE**

**No.04-1081 C**

**RHODE ISLAND SUBSTANCE ABUSE
PREVENTION TASK FORCE ASSOCIATION,
WILLIAM J. FLANAGAN, MARIA K. FLANAGAN,
CHRISTOPHER W. FLANAGAN, AND
CAITLIN L. FLANAGAN,**

**v**

**UNITED STATES OF AMERICA**

**Clerk's Office
Washington, D.C., June 30, 2004**

To Attorney of Record, Assistant Attorney General and Judge Marian Blank Horn:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the District of California, No. 03-cv-82, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Brian Bishop, Acting Clerk of Court**