ORIGINAL

FILED
JUL 26 2004
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION, WILLIAM J. FLANAGAN, MARIA K. FLANAGAN, CHRISTOPHER W. FLANAGAN, AND CAITLIN L. FLANAGAN**

**v.**

**No. 04-1081 C**

**UNITED STATES OF AMERICA**

**MOTION TO ENLARGE TIME AND/OR FOR EXTENSION OF TIME**

Now comes the undersigned counsel in the above-entitled matter and respectfully requests that this Honorable Court grant him an extension of time in which to gain admission to this Court and to file the Amended Complaint with this Court. The undersigned counsel is counsel of record.

Said document was received by the undersigned's office while the undersigned's counsel was on vacation, and upon return, is attempting to comply with the Court rules and obtain the appropriate recommendations from appropriate counsel for admission to this bar.

The undersigned respectfully requests an extension of time of forty-five (45) days in which to obtain the appropriate recommendations, to apply for admission, and to file the Amended Complaint as mandated by this Court's rules.

Respectfully Submitted,

Gregory A. Carrara, Esquire #5040
Carrara Dayian PC
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Telephone (401) 621-8000
Facsimile (401) 621-8001

**CERTIFICATION**

David Coen, Esquire
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

I hereby certify that on this 23rd day of July, 2004, I caused a true copy of the within *Motion to Enlarge Time and/or for Extension of Time* to be sent via regular mail, postage pre-paid to the above-listed attorney(s).