ORIGINAL

# In the United States Court of Federal Claims

FILED
JUL 30 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * *

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION, WILLIAM J. FLANAGAN, MARIA K. FLANAGAN, CHRISTOPHER W. FLANAGAN, AND CAITLIN L. FLANAGAN**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1081C**
**Filed: ~~July 29, 2004~~**

**ORDER**

The court is in receipt of plaintiffs' motion for an enlargement of time, filed on July 26, 2004. Plaintiffs are requesting an enlargement of time of forty-five days within which to file an amended complaint in this case. The court **GRANTS** plaintiffs' motion and **ORDERS** plaintiffs to file their amended complaint on or before **Monday, September 13, 2004.**

In addition to obtaining admission to the bar of this court, the court notes that the above-captioned case has been designated an electronic case for purposes of the court's electronic case filing system. Therefore, plaintiffs' counsel is required to register in the court's electronic case filing system. Since the plaintiffs are not currently registered in the court's electronic case filing system, the court **DIRECTS** the clerk of the court to mail this order to the parties in this case. However, all future filings in this case shall be filed electronically.

**IT IS SO ORDERED.**

**MARIAN BLANK HORN**
**Judge**