**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION & WILLIAM J. FLANAGAN**

**v.** **No. 04-1081 C**

**UNITED STATES OF AMERICA**

**MOTION TO WITHDRAW AND TO STAY PROCEEDINGS**

Now comes attorney Gregory A. Carrara, and hereby moves to withdraw his appearance on behalf of Rhode Island Substance Abuse Prevention Task Force Association and William J. Flanagan ("Plaintiffs"), in the above-entitled action. As grounds therefore, Attorney Carrara states that there has been a breakdown in communication with Plaintiffs such that Attorney Carrara shall be unable to adequately represent them in this matter. Attorney Carrara further states that continued representation of Plaintiffs would constitute a significant financial burden upon Attorney Carrara and Carrara Dayian, PC.

Counsel requests that all proceedings be stayed for sixty (60) days in order for Plaintiffs to retain new counsel.

Notice of the above has been sent to the following at its/their last known address:

Rhode Island Substance Abuse Prevention Task Force Association, 25 Pulaski Road, Harrisville, RI 02830; William Flanagan, 25 Pulaski Road, Harrisville, RI 02830.

Plaintiffs,
By their Attorneys,

S/Gregory A. Carrara

Gregory A. Carrara, Esquire #5861
Carrara Dayian PC
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

DATED: October 20, 2004