**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION & WILLIAM J. FLANAGAN**

**v.** **No. 04-1081 C**

**UNITED STATES OF AMERICA**

**AFFIDAVIT OF NON-MILITARY SERVICE**

I, the undersigned, being first duly sworn, on oath depose and say that, to the best of my knowledge and belief, Plaintiff, William J. Flanagan, is not and has not been in the Armed Forces as described in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

S/Gregory A. Carrara

Subscribed and sworn to before me in Providence, Rhode Island, this ____ day of ____________________, 2004.

___________________________________
Notary Public
My Commission Expires: _______________