IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RHODE ISLAND SUBSTANCE ABUSE, PREVENTION TASK FORCE, ASSOCIATION & WILLIAM J., FLANAGAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1081C (Judge Horn) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marla T. Conneely as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: October 28, 2004

s/ Marla T. Conneely

Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 307-0972