IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION & WILLIAM J. FLANAGAN, | ) | |
| Plaintiffs, | ) | No. 04-1081 |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b), 6.1 and 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time to file an answer in this matter. Specifically, defendant requests an enlargement of 59 days, to and including January 10, 2005. Defendant's answer to the complaint is currently due on November 12, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has advised plaintiffs' counsel of this request. Plaintiffs' counsel has stated that it does not oppose this motion.

This matter was transferred to this Court from the District Court of Rhode Island on June 30, 2004. Typically, the United States is notified of each complaint that names it as a defendant when that complaint is filed in hard-copy with this Court. However, in this case, the matter was designated an electronic case before plaintiffs had filed their amended complaint with this Court. As a result, plaintiffs' amended complaint was filed electronically, not in hard-copy, and the United States was not notified of the amended complaint. Defendant only recently became aware of this matter on October 26, 2004, after Judge Horn's clerk called regarding defendant's lack of

an appearance in this case.

On October 20, 2004, plaintiffs' counsel moved to withdraw his appearance on behalf of plaintiffs in this proceeding, and requested that this case be stayed for 60 days in order for plaintiffs to retain new counsel. Defendant does not object to plaintiffs' motion to withdraw and stay the proceedings, but respectfully requests that defendant be granted an enlargement of time to file its answer on or before January 10, 2005 even if the motion to stay the case is granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

November 3, 2004

Attorneys for Defendant