# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION and WILLIAM J. FLANAGAN,** | * | |
| **Plaintiffs,** | * | **No. 04-1081C** |
| **v.** | * | **Filed: November 5, 2004** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of Gregory A. Carrara's, plaintiffs' attorney, motion to withdraw and stay proceedings. In his motion, Mr. Carrara states that there has been a breakdown in communication with the plaintiffs, such that Mr. Carrara feels he is unable to adequately represent them in this matter. Mr. Carrara also states that his continued representation of the plaintiffs would constitute a significant financial burden upon himself and his law firm, Carrara Dayian, PC.

Pursuant to Rule 83.1(c)(6) of the Rules of the United States Court of Federal Claims, "[n]o attorney of record for a plaintiff or third party may withdraw such attorney's appearance except by leave of court on motion and after notice is served on such attorney's client." Mr. Carrara's motion indicates that his clients, The Rhode Island Substance Abuse Task Force Association (the Association) and William J. Flanagan, have been notified of his intention to withdraw. However, pursuant to Rule 83.1(c)(8), "[a]n individual may represent oneself or a member of one's immediate family as a party before the court. Any other party, however, must be represented by an attorney who is admitted to practice in this court. A corporation may only be represented by counsel." Therefore, while Mr. Flanagan could proceed pro se, the Association must be represented by counsel.

The court is also in receipt of the defendant's motion for an enlargement of time to file its answer. In its motion, defendant's counsel states that it does not oppose plaintiff's counsel's motion to withdraw and requests an extension until January 10, 2005, to file its answer. The court **GRANTS** defendant's motion, and **ORDERS** the defendant to file its answer in this case on or before **Monday, January 10, 2005**. Because the court grants defendant's motion for an enlargement of time to file its answer, defendant's request to stay

this case is unnecessary. Therefore, the court **DENIES** plaintiffs' motion to stay this case. However, to address the effect plaintiffs' counsel's request to withdraw could have on this case, the court **ORDERS** the parties to appear at a status conference on **Monday, November 15, 2004 at 3:00pm EST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (401) 621-8000 and defendant's counsel at (202) 307-1011.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**