# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION and WILLIAM J. FLANAGAN,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1081C**
**Filed: November 17, 2004**

## O R D E R

On October 20, 2004, plaintiffs' attorney, Gregory Carrara moved to withdraw his appearance in the above captioned case. Pursuant to this court's November 5, 2004 order, a status conference was held to determine the effect Mr. Carrara's withdrawal would have in this case. At the status conference, Mr. Carrara stated that the relationship between himself and the plaintiffs has broken down to the extent that it was affecting his ability to adequately represent the plaintiffs in this case. Mr. Carrara also stated during the November 15 status conference that his clients, The Rhode Island Substance Abuse Task Force Association (the Association) and William J. Flanagan, have been notified of his intention to withdraw and were sent a copy of the court's November 5, 2004 order scheduling the November 15 status conference. Pursuant to Rule 83.1(c)(6) of the Rules of the United States Court of Federal Claims (RCFC), the court **GRANTS** Mr. Carrara's motion to withdraw as the attorney of record for the plaintiffs in this case.

Pursuant to RCFC 83.1(c)(8), "[a]n individual may represent oneself or a member of one's immediate family as a party before the court. Any other party, however, must be represented by an attorney who is admitted to practice in this court. A corporation may only be represented by counsel." Therefore, while Mr. Flanagan may proceed pro se, the Association must be represented by counsel. In light of the Association's inability to continue in the above matter without counsel, the court **ORDERS** that, on or before **FRIDAY, DECEMBER 17, 2004**, the Association shall have new counsel file a notice of appearance, or show cause why it should not be dismissed as a plaintiff in this case for failure to adhere to RCFC 83.1(c)(8). Also on or before **FRIDAY, DECEMBER 17, 2004**, Mr. Flanagan shall have new counsel file a notice of appearance, or indicate that he intends to represent himself,

pro se.

Following December 17, 2004, and before any dispositive motions are filed in this case, the court will schedule a status conference to discuss further proceedings.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**