IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION & WILLIAM J. FLANAGAN, | ) | |
| Plaintiffs, | ) | No. 04-1081 |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME ON BEHALF OF PLAINTIFFS

On November 17, 2004, this Court granted the motion of plaintiffs' counsel to withdraw as attorney of record for plaintiffs in this case, and ordered that on or before December 17, 2004 plaintiff Rhode Island Substance Abuse Prevention Task Force Association ("Association") must have new counsel file a notice of appearance or show cause why it should not be dismissed as a plaintiff for failure to adhere to Rule 83.1(c)(8) of the Rules of the Court of Federal Claims ("RCFC").

During a status conference on November 15, 2004, this Court requested that defendant's counsel contact plaintiff William Flanagan regarding whether he intends to represent himself in this matter. After several attempts to contact Mr. Flanagan, the undersigned received a message from Mr. Flanagan on December 14, 2004, stating that he preferred to communicate by e-mail because of his fear of telephones. The undersigned replied to Mr. Flanagan by e-mail that same day and notified him of the Court's November 17, 2004 Order. *See* Exhibit 1, attached hereto. In response, Mr. Flanagan asked the undersigned if he could have a 60-day extension to find counsel to represent the Association. *See* Exhibit 2, attached hereto. The undersigned timely

notified Mr. Flanagan that such a request must be made to the Court either in writing or at a status conference. *See* Exhibit 3, attached hereto. Mr. Flanagan responded that he would like to request a status conference. *See* Exhibit 4, attached hereto.

On December 17, 2004, the undersigned spoke with Scott Fitzsimmons, the clerk for Judge Horn, regarding her conversations with Mr. Flanagan and Mr. Flanagan's request for a status conference and 60-day extension. According to Mr. Fitzsimmons, Judge Horn suggested that defendant's counsel make the motion for a 60-day extension on behalf of plaintiffs. Plaintiffs' simple, procedural request is not opposed by the United States, and therefore, defendant hereby agrees to make this motion on behalf of plaintiffs.

Accordingly, pursuant to RCFC 6(b) and 6.1, the United States respectfully requests, on behalf of plaintiffs, an enlargement of time for plaintiffs to have new counsel file a notice of appearance in this matter. Specifically, plaintiffs seek an enlargement of 60 days, to and including February 15, 2005. This is plaintiffs' first request for an enlargement of time for this purpose. As already stated above, defendant does not oppose granting plaintiffs this enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

December 22, 2004

Attorneys for Defendant