**EXHIBIT 1**

**Conneely, Marla (CIV)**

| | |
|---|---|
| **From:** | Conneely, Marla (CIV) |
| **Sent:** | Tuesday, December 14, 2004 10:09 AM |
| **To:** | 'billf711@msn.com' |
| **Subject:** | Rhode Island Substance Abuse Prevention Task Force v. United States |
| **Importance:** | High |

Dear Mr. Flanagan,

Per your voicemail and specific request, I am contacting you by e-mail.

I am writing in regards to Rhode Island Substance Abuse Prevention Task Force Association and William J. Flanagan v. United States, (No. 04-1081), a case you filed on behalf of yourself and the Rhode Island Substance Abuse Prevention Task Force Association in the U.S. Court of Federal Claims.

On October 20, 2004, your attorney, Gregory Carrara, asked the Court to allow him to withdraw from this case. On November 17, 2004, the Court granted your attorney's request. As a result, neither Rhode Island Substance Abuse Prevention Task Force Association nor you have an attorney representing them in this case. Under the law, you may represent yourself in this case, but Rhode Island Substance Abuse Prevention Task Force Association may not because it is a corporation. Therefore, on November 17, 2004, the judge in this case, Judge Horn, ordered that Rhode Island Substance Abuse Prevention Task Force Association must have its new attorney file an appearance in this case by December 17, 2004.

In the last status conference, Judge Horn asked me to contact you regarding (1) whether you would be representing yourself in this case and (2) whether you have a new attorney to represent Rhode Island Substance Abuse Prevention Task Force Association. Please contact me promptly to discuss these two issues. My direct phone number is (202) 305-3689.

**Marla T. Conneely**
Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
phone: (202) 307-1011
fax: (202) 307-0972

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'billf711@msn.com' | | |
| Conneely, Marla (CIV) | Delivered: 12/14/2004 10:09 AM | Read: 12/14/2004 10:41 AM |