**EXHIBIT 2**

**Conneely, Marla (CIV)**

**From:** billf711@msn.com
**Sent:** Tuesday, December 14, 2004 10:55 AM
**To:** Conneely, Marla (CIV)
**Subject:** RE: Rhode Island Substance Abuse Prevention Task Force v. United States

Dear Ms. Conneely,

Thank you for accommodating my request to communicate via email.

As you are aware the case of Rhode Island Substance Abuse Prevention Task Force v. United States regards issues dating back several years. Last week I met with an attorney and discussed no avail his becoming our agent in this case.

I believe the merits of the case to be in the public interest and in the interest of good government. I therefore request an extension of 60 days to consider my options and that of the TFA. During this period I ask that you make yourself available to meet with me.

Please let me know if my request is plausible or do I need to make a more official request through other channels. If I need to speak with you via telephone I will. Otherwise know I have a phobia of phones and it does not reflect upon you, and not intended as a slight to you.

Once again thank you for consideration.

Bill Flanagan
<div>BillF</div></html>

>From: "Marla.Conneely@usdoj.gov" <Marla.Conneely@usdoj.gov>
>To: "'billf711@msn.com'" <billf711@msn.com> (Receipt Notification Requested) (IPM Return Requested)
>Subject: Rhode Island Substance Abuse Prevention Task Force v. United States
>Date: Tue, 14 Dec 2004 10:10:14 -0500 (EST)
>
>Dear Mr. Flanagan,
>
>Per your voicemail and specific request, I am contacting you by e-mail.
>
>I am writing in regards to Rhode Island Substance Abuse Prevention Task Force Association and William J. Flanagan v. United States, (No. 04-1081), a case you filed on behalf of yourself and the Rhode Island Substance Abuse Prevention Task Force Association in the U.S. Court of Federal Claims.
>
>On October 20, 2004, your attorney, Gregory Carrara, asked the Court to allow him to withdraw from this case. On November 17, 2004, the Court granted your attorney's request. As a result, neither Rhode Island Substance Abuse Prevention Task Force Association nor you have an attorney representing them in this case. Under the law, you may represent yourself in this case, but Rhode Island Substance Abuse Prevention Task Force Association may not because it is a corporation. Therefore, on November 17, 2004, the judge in this case, Judge Horn, ordered that Rhode Island Substance Abuse Prevention Task Force Association must have its new attorney file an appearance in this case by December 17, 2004.
>
>In the last status conference, Judge Horn asked me to contact you regarding (1) whether you would be representing yourself in this case and (2) whether you have a new attorney to represent Rhode Island Substance

Abuse Prevention Task Force Association. Please contact me promptly to discuss these two issues. My direct phone number is (202) 305-3689.

>
>
>Marla T. Conneely
>Attorney
>U.S. Department of Justice
>Civil Division
>1100 L Street, N.W.
>Washington, D.C. 20005
>phone: (202) 307-1011
>fax: (202) 307-0972
>

---

Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/