**EXHIBIT 3**

**Conneely, Marla (CIV)**

**From:** Conneely, Marla (CIV)
**Sent:** Wednesday, December 15, 2004 1:53 PM
**To:** 'billf711@msn.com'
**Subject:** RE: Rhode Island Substance Abuse Prevention Task Force v. United States

Dear Mr. Flanagan,

You must make your request for a 60 day extension with the Court. Therefore, you must either file something in writing with the Court or we can request a status conference with the Judge. The status conference can be in person or by telephone. If you prefer to meet with myself and the Judge in person due to your troubles with the phone, we can specifically request that and hope the Judge allows it.

Please let me know which you prefer soon as your deadline of December 17th is quickly approaching.

Marla T. Conneely
Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
phone: (202) 307-1011
fax: (202) 307-0972

-----Original Message-----
From: billf711@msn.com [mailto:billf711@msn.com]
Sent: Tuesday, December 14, 2004 10:55 AM
To: Conneely, Marla (CIV)
Subject: RE: Rhode Island Substance Abuse Prevention Task Force v. United States

Dear Ms. Conneely,

Thank you for accommodating my request to communicate via email.

As you are aware the case of Rhode Island Substance Abuse Prevention Task Force v. United States regards issues dating back several years. Last week I met with an attorney and discussed no avail his becoming our agent in this case.

I believe the merits of the case to be in the public interest and in the interest of good government. I therefore request an extension of 60 days to consider my options and that of the TFA. During this period I ask that you make yourself available to meet with me.

Please let me know if my request is plausible or do I need to make a more official request through other channels. If I need to speak with you via telephone I will. Otherwise know I have a phobia of phones and it does not reflect upon you, and not intended as a slight to you.

Once again thank you for consideration.

Bill Flanagan
<div>BillF</div></html>