**EXHIBIT 4**

**Conneely, Marla (CIV)**

**From:** billf711@msn.com
**Sent:** Thursday, December 16, 2004 4:56 AM
**To:** Conneely, Marla (CIV)
**Subject:** RE: Rhode Island Substance Abuse Prevention Task Force v. United States

Dear Ms. Conneely,

Thank you again for your timely response and directions.

At this time I request a status conference with the Judge responsible for the case of Rhode Island Substance Abuse Prevention Task Force v. United States. In addition I ask your support of the request and that you forward the appropriate documentation to the persons responsible for approving such an action. I would prefer if at all possible a meeting of the parties at your local, at your convenience.

If any additional action is needed on my part in order to process the request for a status conference with the Judge, please contact ASAP.

Once again, Thank You for clarification of the issues and options available too me.

Yours Truly,

Bill Flanagan

<div>BillF</div></html>

>From: "Marla.Conneely@usdoj.gov"
<Marla.Conneely@usdoj.gov>
>To: "'billf711@msn.com'" <billf711@msn.com> (Receipt Notification Requested) (IPM Return Requested)
>Subject: RE: Rhode Island Substance Abuse Prevention Task Force v. United States
>Date: Wed, 15 Dec 2004 13:53:41 -0500 (EST)
>
>Dear Mr. Flanagan,
>
>You must make your request for a 60 day extension with the Court. Therefore, you must either file something in writing with the Court or we can request a status conference with the Judge. The status conference can be in person or by telephone. If you prefer to meet with myself and the Judge in person due to your troubles with the phone, we can specifically request that and hope the Judge allows it.
>
>Please let me know which you prefer soon as your deadline of December 17th is quickly approaching.
>
>Marla T. Conneely
>Attorney
>U.S. Department of Justice
>Civil Division
>1100 L Street, N.W.
>Washington, D.C. 20005
>phone: (202) 307-1011
>fax: (202) 307-0972
>
>
>-----Original Message-----

>From: billf711@msn.com [mailto:billf711@msn.com]
>Sent: Tuesday, December 14, 2004 10:55 AM
>To: Conneely, Marla (CIV)
>Subject: RE: Rhode Island Substance Abuse Prevention Task Force v.
>United States
>
>
>Dear Ms. Conneely,
>
>Thank you for accommodating my request to communicate via email.
>
>As you are aware the case of Rhode Island Substance Abuse Prevention
Task
>Force v. United States regards issues dating back several years. Last
week
>I met with an attorney and discussed no avail his becoming our agent in
this
>case.
>
>I believe the merits of the case to be in the public interest and in the
>interest of good government. I therefore request an extension of 60 days
to
>consider my options and that of the TFA. During this period I ask that
you
>make yourself available to meet with me.
>
>Please let me know if my request is plausible or do I need to make a
more
>official request through other channels. If I need to speak with you
via
>telephone I will. Otherwise know I have a phobia of phones and it does
not
>reflect upon you, and not intended as a slight to you.
>
>Once again thank you for consideration.
>
>Bill Flanagan
><div>BillF</div></html>

---

Don?t just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/