IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION & WILLIAM J. FLANAGAN, | ) | |
| Plaintiffs, | ) | No. 04-1081 |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time to file a response to the complaint in this matter. Specifically, defendant requests an enlargement of 60 days, to and including March 11, 2005. Defendant's response to the complaint is currently due on January 10, 2005. This is defendant's second request for an enlargement of time for this purpose. One enlargement of 59 days was previously granted. Government counsel has advised plaintiff William Flanagan, currently appearing pro se, of this request. Mr. Flanagan stated that he does not oppose this motion. Plaintiff Rhode Island Substance Abuse Prevention Task Force Association ("Association") is currently unrepresented in this matter.

On October 20, 2004, plaintiffs' counsel, Gregory Carrara, moved to withdraw his appearance on behalf of plaintiffs in this proceeding. This Court granted Mr. Carrara's motion on November 17, 2004 and ordered that on or before December 17, 2004, plaintiff William Flanagan should either have new counsel file an appearance in this matter or indicate that he intends to represent himself, and plaintiff Association should either have new counsel file an

appearance in this matter or show cause why it should not be dismissed as a plaintiff in this case for failure to adhere to RCFC 83.1(c)(8). This Court also ordered that "[f]ollowing December 17, 2004, and before any dispositive motions are filed in this case, the court will schedule a status conference to discuss further proceedings." Order, dated November 17, 2004 (emphasis added). To date, this status conference has not been scheduled.

On December 22, 2004, the undersigned filed a motion for enlargement of time on behalf of plaintiffs. Specifically, plaintiffs requested a 60-day enlargement of time, to and including February 15, 2005, to find counsel to represent plaintiffs. Plaintiffs' motion is pending.

Accordingly, this enlargement is requested because plaintiff Association has not yet found counsel to represent it as is required under RCFC 83.1(c)(8) and, per the Court's November 17, 2004 Order, defendant is not yet permitted to file any dispositive motions in this case. The additional time is necessary for defendant to respond appropriately to plaintiffs' complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

December 30, 2004

Attorneys for Defendant