# In the United States Court of Federal Claims

**No. 04-1081 C**

**RHODE ISLAND SUBSTANCE ABUSE PREVENTION TASK FORCE ASSOCIATION AND WILLIAM J. FLANAGAN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 24, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, for failure to prosecute. No costs.

Brian Bishop
Clerk of Court

**February 28, 2005** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.